AUSA: Kevin Grossinger

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

26 MAG 3291

UNITED STATES OF AMERICA

v.

ANDREW MILBERG,
TCHAKADI CHAMBERS,
ANTHONY GLADDEN, and
CHRISTIAN KEREKES,

Defendants.

**COMPLAINT**

Violations of 21 U.S.C. §§ 841, 846

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

Alvinus B. Charles, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

**COUNT ONE**
**(Conspiracy to Distribute Controlled Substances)**

1. From at least in and around March 2026 through on or about August 12, 2026, in the Southern District of New York and elsewhere, ANDREW MILBERG, TCHAKADI CHAMBERS, ANTHONY GLADDEN, and CHRISTIAN KEREKES, the defendants, and others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed, together and with each other to violate the controlled-substances laws of the United States.

2. It was a part and an object of the conspiracy that ANDREW MILBERG, TCHAKADI CHAMBERS, ANTHONY GLADDEN, and CHRISTIAN KEREKES, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that ANDREW MILBERG, TCHAKADI CHAMBERS, ANTHONY GLADDEN, and CHRISTIAN KEREKES, the defendants, conspired to distribute and possess with intent to distribute was mixtures and substances containing a detectable amount of psilocybin, in violation of Title 21, United States Code, Sections 812 and 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

4. I am a Special Agent with the DEA, and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement officers and other individuals. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned

during the course of my investigation. Where the contents of documents and the actions, statements, communications, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

5. Based on my training and experience, my personal involvement in this investigation, my communications with other law enforcement officers, and my review of law enforcement reports and records, I have learned, among other things, the following:

a. The DEA is investigating a drug delivery service that sells controlled substances to customers in Manhattan, New York (the "Drug Delivery Service"). As described herein, members of the Drug Delivery Service sent electronic menus to customers to advertise drugs available for purchase and, after purchase, delivered the drugs within hours. ANDREW MILBERG, the defendant, supplied TCHAKADI CHAMBERS, ANTHONY GLADDEN, and CHRISTIAN KEREKES, the defendants, as well as other members of the Drug Delivery Service, with controlled substances, including psilocybin mushrooms, and with cell phones used by members to fulfill customers' purchases.

b. On or about March 12, 2026, a DEA undercover agent ("UC-1") sent a text message to a particular phone number ("Delivery Number-1") asking if deliveries were available that day. Moments later, UC-1 received messages from a second phone number ("Delivery Number-2"), including a menu (*see* Figure 1) advertising controlled substances for sale under the business name "MATRIX." The menu offered delivery of, among other drugs and items, "shrooms," which, based on my training and experience, I know is a slang term for hallucinogenic mushrooms containing psilocybin. Delivery Number-2 promised delivery in under an hour, stated that orders were received daily between 10:00 a.m. and 10:00 p.m., and offered a gift for referrals.




***Figure 1***

c. At approximately 2:00 p.m., UC-1 placed an order for a half-ounce of mushrooms. Delivery Number-2 requested a delivery address. UC-1 provided an address in Manhattan. Delivery Number-2 confirmed the order. Soon thereafter, UC-1 received a message from a third phone number ("Delivery Number-3"). The user of Delivery Number-3 identified

himself as a MATRIX delivery person, provided an estimated time of arrival, and stated he was in a white Honda. UC-1 arrived at the agreed location and observed a particular white Honda SUV ("Vehicle-1"). One man ("CC-1") was in the driver's seat. UC-1 approached Vehicle-1. CC-1 provided UC-1 with five black zip bags containing mushrooms that lab-tested positive for psilocybin. UC-1 handed CC-1 $100 in cash. During the meeting, UC-1 observed a black hard plastic storage container (the "Case") located on the front passenger seat in Vehicle-1.

d. On or about March 26, 2026, UC-1 exchanged messages with Delivery Number-1 and arranged to buy psilocybin mushrooms for delivery to an address in Manhattan. UC-1 soon received messages from CC-1 to coordinate delivery. UC-1 arrived at the agreed location and approached CC-1 in Vehicle-1. CC-1 handed UC-1 approximately four black zip bags containing mushrooms that lab-tested positive for psilocybin. UC-1 handed CC-1 $80 in cash. During the meeting, UC-1 observed a Case located on the front passenger seat in Vehicle-1.

e. On or about April 23, 2026, UC-1 exchanged messages with Delivery Number-1 and arranged to buy psilocybin mushrooms for delivery to an address in Manhattan. UC-1 soon received messages from CC-1 to coordinate delivery. UC-1 arrived at the agreed location and approached CC-1 in Vehicle-1. CC-1 handed UC-1 a plastic bag containing mushrooms that lab-tested positive for psilocybin. UC-1 handed CC-1 $160 in cash. During the meeting, UC-1 observed a Case located on the front passenger seat in Vehicle-1.

f. On or about April 28, 2026, law enforcement officers conducting surveillance in the Bronx, New York, observed CC-1 exit a building, enter Vehicle-1, and drive to an address on the upper east side of Manhattan ("Address-1"). Shortly after CC-1's arrival, six other people (collectively with CC-1, the "Co-Conspirators") arrived at Address-1. At about the same time, a man later identified as ANDREW MILBERG, the defendant, arrived at Address-1 driving a particular gray/silver Toyota Highlander ("Vehicle-2"). MILBERG exited Vehicle-2 and removed several of the Cases from its trunk. MILBERG handed Cases to some of the Co-Conspirators, each of whom placed the cases into their respective vehicles. MILBERG also handed a small manila envelope to each of the Co-Conspirators and drove away.

g. On approximately four other occasions—on or about April 30, May 12, May 18, and June 16, 2026—law enforcement officers observed MILBERG meet with the Co-Conspirators and others in the vicinity of Address-1 and hand out Cases and manila envelopes.

h. Based on my review of New Jersey Department of Motor Vehicles records, I know that Vehicle-2 is registered in the name of "Andrew Milberg" at an address in New Jersey (the "MILBERG Residence"). On or about April 28, 2026, law enforcement conducting surveillance observed MILBERG arrive at the MILBERG Residence driving Vehicle-2.

i. On or about August 12, 2026, at approximately 9:30 a.m., law enforcement officers conducting surveillance at Address-1 observed MILBERG arrive at Address-1 in Vehicle-2. Officers also observed TCHAKADI CHAMBERS, ANTHONY GLADDEN, and CHRISTIAN KEREKES, the defendants, arrive at Address-1 and confer with MILBERG. MILBERG removed from Vehicle-2 three Cases and handed one each to CHAMBERS, GLADDEN, and KEREKES. Officers arrested MILBERG, CHAMBERS, GLADDEN, and KEREKES and recovered the three Cases. Officers searched Vehicle-2 incident to MILBERG's arrest and recovered two further Cases. In total, from the five Cases, officers recovered

approximately 14.87 kilograms of mushrooms resembling psilocybin mushrooms. Officers also recovered two manila envelopes that contained, in total, approximately $3,000 in cash.

j. On or about August 12, 2026, at approximately 9:30 a.m., law enforcement officers conducted a search of the MILBERG Residence pursuant to a judicially authorized warrant. Officers recovered approximately 4.79 kilograms of mushrooms resembling psilocybin mushrooms. Officers also recovered approximately $3,000 in cash, wrapped in rubber bands, adjacent to manila envelopes.

WHEREFORE, I respectfully request that ANDREW MILBERG, TCHAKADI CHAMBERS, ANTHONY GLADDEN, and CHRISTIAN KEREKES, the defendants, be imprisoned or bailed, as the case may be.

Alvinus B. Charles (by VF with permission)
________________________________
Alvinus B. Charles
Special Agent
Drug Enforcement Administration

Sworn to before me this 13th day of August, 2026.

________________________________
THE HONORABLE VALERIE FIGUEREDO
United States Magistrate Judge
Southern District of New York